JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LYNN FAUBER, | CASE NO. CV 95-6601 GW |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| RON DAVIS, Warden of California State Prison at San Quentin, | JUDGMENT |
| Respondent. | |

Pursuant to the Order Denying Second Amended Petition for Writ of Habeas Corpus issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Second Amended Petition for Writ of Habeas Corpus by a Person in State Custody under Sentence of Death is denied, that Claims 50 and 55 are dismissed without prejudice, that all other claims are denied with prejudice, and that judgment is entered in favor of Respondent and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

//
//
//

The Clerk is ordered to enter this judgment.

**IT IS SO ORDERED.**

Dated: This 10th day of May, 2016.

                                                                    _____
                                                                    GEORGE H. WU
                                                                    United States District Judge